Roylin Junius BEALE, Plaintiff–
Appellant,

v.

Deputy J.P. MADIGAN; Officer R.
Blow; Officer Harless; Officer Peele;
Officer Corprew, Defendants–Appel-
lees,

and

Captain Phillips, Defendant.

No. 14–7394.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 23, 2014.

Roylin Junius Beale, Appellant Pro Se.
Scott Christopher Hart, Sumrell, Sugg,
Carmichael, Hicks & Hart, PA, New Bern,
North Carolina, for Appellees.

Before SHEDD, WYNN, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Roylin Junius Beale appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2012) complaint. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Beale v.
Madigan,* No. 5:11–ct–03244–F (E.D.N.C.
Aug. 27, 2014). We dispense with oral

argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*AFFIRMED.*